THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:01-cr-00052-MR-WCM-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| VENTURA GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion to Clarify the Record Under Doc. 327 and 328" [Doc. 587].

The Defendant asks the Court to "fix" the CJA vouchers docketed in this case as Documents 327 and 328 on the grounds that attorney Stanford Clontz "had nothing to do with [his] lawsuit." [Id. at 1-2].

There is no procedural vehicle by which the Defendant can seek such clarification. See United States v. Hinton, 120 F. App'x 462, 464 (4th Cir. 2005). In any event, the Defendant's request is without merit. Attorney Stanford Clontz was appointed to represent the Defendant in this matter, and these CJA vouchers [Docs. 327, 328] reflect the payment he received for such representation. Accordingly, the Defendant's request for clarification is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion to Clarify the Record Under Doc. 327 and 328" [Doc. 587] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 19, 2022

Martin Reidinger
Chief United States District Judge