# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:01-cr-00052-MR-WCM-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| VENTURA GARCIA, ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for a copy of his Presentence Report [Doc. 596].

The Defendant moves for the Court to provide him with a copy of his Presentence Report [Doc. 594], presumably so he may prosecute his current appeal. [Doc. 596].

For cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 596] is **GRANTED**, and the Clerk of Court is hereby authorized to provide a copy of the Presentence Report [Doc. 594], along with a copy of this Order, to the Warden of FCI Allenwood-Medium. The Defendant shall be permitted to review the Presentence Report only in the presence of his Case Manager

or another appropriate prison official as designated by the Warden, but the Defendant may not retain a copy of it.

**IT IS SO ORDERED.**

Signed: March 29, 2022

Martin Reidinger
Chief United States District Judge