THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:01-cr-00052-MR-WCM-7

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VENTURA GARCIA, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Second Motion for Presentence Report [Doc. 601].

The Court previously granted the Defendant's motion for a copy of his Presentence Report (PSR). [Doc. 600]. In the Order, the Court directed the Clerk of Court to send a copy of the PSR to the Warden of the Defendant's facility so that the Defendant could review it. [Id.]. In the present motion, the Defendant contends that he "still has not receive[d]" a copy of his PSR. [Doc. 601].

In response to the Defendant's motion, the Clerk's Office contacted the Case Manager of the Defendant's facility and confirmed that the PSR has been received and is available to be reviewed by the Defendant upon his request. As such, the Defendant's present motion is moot.

**IT IS, THEREFORE, ORDERED** that the Defendant's Second Motion for Presentence Report [Doc. 601] is **DENIED**.

**IT IS SO ORDERED.**

Signed: May 27, 2022

Martin Reidinger
Chief United States District Judge